6/4/2024 12:09 PM

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| ELLEN J. GARFIELD,<br>Plaintiff,<br>v.<br>WALMART INC., a Delaware corporation, dba WALMART #1920, an assumed business name,<br>Defendant. | Case No. 24CV27019<br>COMPLAINT (Personal Injury, Premises Liability)<br>(CLAIM NOT SUBJECT TO MANDATORY ARBITRATION)<br>Prayer amount $611,352.00<br>Fee Authority: ORS 21.160(1)(c) |

PLAINTIFF ALLEGES:

1.

At all times mentioned herein, Defendant Walmart Inc. ("Walmart") was and is a Delaware corporation, authorized to do business in Oregon, and in business of providing retail products to the public while operating multiple locations, including store number 1920 in Salem, Marion County, Oregon.

2.

On or about June 10, 2022, Plaintiff Ellen Garfield was a business invitee at Defendant Walmart's store located at 5250 Commercial St SE, Salem, OR 97306, i.e., store number 1920. Plaintiff had gone into the store and went to retrieve a shopping cart from where the carts are parked in approximately four rows and available for shopper's use. Plaintiff chose a cart, moved



Swanson | Lathen | Prestwich | PC
THE PERSONAL INJURY LAW FIRM
3040 Commercial St SE, Suite 200 · Salem, Oregon 97302 · TEL: 503.581.2421 · TOLL-FREE: 1.800.422.4041 · FAX: 503.588.7179

it forward slightly and stood with her back to the rest of the carts as she cleaned the handle of the cart with the disinfectant wipes provided by Defendant Walmart. While wiping the cart down, one of Defendant Walmart's employees pushed a row of carts forward and struck Plaintiff on her low back, pinning her against the cart that she was cleaning, causing injuries and damages set forth more fully below.

3.

Said incident involving Defendant's shopping carts and Plaintiff resulted from Defendant's negligence in the following particulars:

3.1 In failing to keep and maintain a proper or adequate lookout while pushing said carts into an area where it knew, or in the exercise of reasonable care should have known, that customers may be present including Plaintiff;

3.2 In failing to keep said carts under proper or adequate control so as to avoid striking others, including Plaintiff;

3.3 In pushing said carts at a speed which was greater than was reasonable and prudent, with due regard to circumstances and conditions then and there existing;

3.4 In failing to warn invitees, including Plaintiff, that carts may be pushed from behind, causing a hazard to their customers; and,

3.5 In failing to train their employees not to push carts that may, and which did, strike business invitees getting carts on the other end.

It was foreseeable that said negligence would cause injury to others, including Plaintiff.

////

////



Swanson | Lathen | Prestwich | PC
THE PERSONAL INJURY LAW FIRM
3040 Commercial St SE, Suite 200 · Salem, Oregon 97302 · TEL: 503.581.2421 · TOLL-FREE: 1.800.422.4041 · FAX: 503.588.7179

4.

As a result of Defendant's negligence and the incident described above, Plaintiff sustained the following injuries:

4.1 Cervical strain;

4.2 Thoracic strain;

4.3 Lumbar strain;

4.4 Lumbar disc injuries with radiculopathy at L4-5;

4.5 Headaches/occipital neuralgia, requiring nerve blocking at the occipital nerve;

4.6 Cervical disc injuries with cervical radiculopathy, left worse than right, requiring a cervical fusion at C3-C4;

4.7 Left shoulder and hand weakness numbness, paresthesia, and pain;

4.8 An aggravation of or predisposition for left shoulder conditions;

4.9 Left leg weakness;

4.10 An aggravation of or predisposition for spinal conditions;

4.11 Mental upset, anxiety, and depression;

4.12 Aggravation of or predisposition for mental upset, anxiety and depression; and,

4.13 General stiffness and soreness.

Said injuries to Plaintiff, particularly her spinal injuries, are permanent in nature.

5.

As a result of Defendant's negligence and the injuries Plaintiff sustained, Plaintiff has incurred economic damages in the form of medical expenses in the approximate amount of $50,000.00, and likely will incur future medical expenses in the approximate amount of $50,000.00. Moreover, Plaintiff also has incurred wage loss as a result of Defendant's



Swanson | Lathen | Prestwich | PC
THE PERSONAL INJURY LAW FIRM
3040 Commercial St SE, Suite 200 · Salem, Oregon 97302 · TEL: 503.581.2421 · TOLL-FREE: 1.800.422.4041 · FAX: 503.588.7179

negligence and her injuries in the amount of $11,350.00. Therefore, her economic damages total $111,352.00.

6.

As a further result of Defendant's negligence and the injuries Plaintiff sustained, Plaintiff has endured pain, suffering, disruption of her normal activities, and emotional distress, and will continue to do so for the foreseeable future, all of which entitle her to noneconomic damages in the amount of $500,000.00.

7.

Plaintiff requests a jury trial.

WHEREFORE, Plaintiff prays for judgment against Defendant for her economic damages in the amount of $111,352.00, for her noneconomic damages in the amount of $500,000.00, and for her reasonable costs and disbursements.

DATED this 4th day of June, 2024.

Respectfully submitted,

SWANSON, LATHEN, PRESTWICH, P.C.

*/s/ Travis S. Prestwich*

Travis S. Prestwich, OSB No. 003617
Of Attorneys for Plaintiff
tprestwich@slamlaw.com